In the Matter of the Application of ROCHESTER INVESTORS COMPANY, Appellant, for a Writ of Certiorari to Review the Assessment of Certain Real Property Owned by It in the City of Rochester, New York, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *People ex rel. W. N. Y. & P. R. Co.* v. *Woodbury* (133 App. Div. 503; affd., 201 N. Y. 532). All concur. (The order dismisses writ of certiorari to review an assessment upon real estate.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

THE SAMUEL STORES, Respondent, v. QUEEN CITY CREDIT CLOTHING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Crosby, J., who dissents and votes for reversal in the following memorandum: Plaintiff is a corporation of which the predecessors in its business were partners doing business under the assumed name of Queen City Credit Clothing Company. Plaintiff was incorporated by the same persons who had done business under that assumed name, but they chose to incorporate under the name of The Samuel Stores. Defendant was legally incorporated under a name almost identical with the name formerly assumed by those who incorporated the plaintiff. Now plaintiff seeks to enjoin defendant from doing business under its own name. Plaintiff is claiming, at the same time, that it may, and that defendant must, use an assumed and fictitious name. It is doubtful if a corporation can be permitted to do business under an assumed name, pursuant to section 440 of the Penal Law, and certainly defendant should not be compelled to do so. (The order restrains use of defendant's name pending the action which was brought to restrain use of the name.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ. [157 Misc. 186.]

In the Matter of the Application of the COUNTY OF ERIE, Appellant, for a Mandamus Order against MICHAEL J. MAHER, as Sheriff of the County of Erie, Respondent.— Order affirmed, without costs on this appeal to either party. All concur. (The order dismisses the petition and adjudges defendant entitled to retain certain fees received as sheriff.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

SAMUEL R. JOFFE, Respondent, v. EBER BROS. & Co., INC., Appellant.— Judgment and orders affirmed, with costs. Memorandum: We read the jury's answers to special questions submitted by the trial court in this action as negativing the defendant's claim that there was, by subsequent agreement, a payment, release, accord or novation in respect to the contract alleged in the complaint. The jury's answers, however, do establish that the contract alleged in the complaint was modified and upon the trial any modification will be taken into consideration. All concur. (The judgment is for plaintiff upon separate trial of issue of release in an action to recover for services including a percentage of profits. One order denies motion for a new trial on the minutes; the other order denies motion for dismissal of the complaint.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

ELEANOR GLEASON and Others, as Trustees under the Last Will and Testament of KATE GLEASON, Deceased, Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs on the authority of *Smith* v. *N. Y. C. R. R. Co.* (235 App. Div. 262). All concur. (The judgment is for defendant in an action to restrain closing of a farm crossing.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.